IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT WHALEN and LINDA WHALEN,

    Plaintiffs,

v.

GENERAL ELECTRIC COMPANY, *et al.*,

    Defendants.

No. C 14-00436 WHA

**ORDER RE NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**

    On February 26, defendant Crane Co. filed a notice of pendency of other action or proceeding. Defendant indicated that plaintiffs have filed a personal injury action in California state court encompassing the same subject matter as this action, but with ten defendants that have not been named in this action (the defendants named in this action have not been named in the state-court action). The state-court action, which is captioned *Robert Whalen and Linda Whalen v. John Crane, Inc. et al.*, No. RG-14-711964, is pending in the Superior Court of California, County of Alameda.

    On March 3, plaintiffs filed an "objection to defendant Crane Co.'s request for 'coordination' with state court case" (Dkt. No. 33). Plaintiffs argued that defendant provided "no authority for the ability to 'coordinate' a Federal court case and a state court case with different governing civil procedures" (*ibid.*).

    On March 10, defendant General Dynamics Co. filed a statement in support of defendant Crane Co.'s notice.

Local Rule 3-13 states:

> Whenever a party knows or learns that an action filed or removed to this district involves all or a material part of the same subject matter *and all or substantially all of the same parties as another action* which is pending in any other federal or state court, the party must promptly file with the Court . . . a Notice of Pendency of Other Action or Proceeding.

(emphasis added).

Here, dismissal is not warranted because the related action does not involve all or substantially all of the same parties. If it is satisfactory to all parties, and the presiding judge in the state-court action, this action may be dismissed and defendants joined in state court.

**IT IS SO ORDERED.**

Dated:  March 14, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE